# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0019.  IN THE INTEREST OF B. S., a child, et al.**

On June 20, 2022, the Juvenile Court of Stephens County issued an order terminating the parental rights of the mother of the above-referenced children. On December 16, 2022, counsel for the mother filed an emergency motion, under Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the Juvenile Court's order. Having considered counsel's motion, we hereby GRANT it. Counsel for the mother has until February 10, 2023, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/16/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*